IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK VANTRELL MITCHELL,** | : |
| **Plaintiff,** | : |
| vs | : CIVIL ACTION 06-0373-CG-M |
| **JAMES SMITH, et al.,** | : |
| **Defendants.** | : |

# JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 30th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE